EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crimes Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: (808) Edric.Ching@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 7 2003

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR03 00227 HG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | [18 U.S.C. §922(g)(1) and |
| WAYNE T. UEHARA, | ) | §924(a)(2)] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

[18 U.S.C. §922(g)(1) and §924(a)(2)]

The Grand Jury charges:

On or about February 13, 2003, in the District of Hawaii, the defendant, WAYNE T. UEHARA, having been convicted of a crime punishable by imprisonment for a term exceeding one year,

knowingly possessed in and affecting commerce, a firearm, to wit, a Beretta semi-automatic pistol, serial number 77280CC.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

[18 U.S.C. §922(g)(1) and §924(a)(2)]

The Grand Jury further charges:

On or about February 13, 2003, in the District of Hawaii, the defendant WAYNE T. UEHARA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, ammunition, to wit, 1) five rounds of CCI .22 caliber ammunition and 2) ten rounds of .22 caliber ammunition.

//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED:   May 7, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Violent Crimes Section

EDRIC M. CHING
Assistant U.S. Attorney

U.S.A. v. WAYNE T. UEHARA
Cr. No. _____
"Indictment"

3