# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00227HG-01 |
| WAYNE T. UEHARA | |
| (Name and Address of Defendant) | |

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 15 2007

at ___9___ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST WAYNE T. UEHARA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *signature* | April 24, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at No Bail Warrant          By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI.

| Date Received 4-21-06 | NAME AND TITLE OF ARRESTING OFFICER Russ NAGASATO DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 3-9-07 | | |