# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 21, 2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 03-00227HG

CASE NAME:         UNITED STATES OF AMERICA v. WAYNE T. UEHARA

ATTYS FOR PLA:     Darren W.K. Ching, AUSA

ATTYS FOR DEFT:    Pamela J. Byrne, AFPD

U.S.P.O.:          Timothy Jenkins

---

JUDGE:    Helen Gillmor          REPORTER:    Stephen Platt

DATE:     March 21, 2007         TIME:        1:30 - 2:00

---

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE
SHOULD NOT BE REVOKED -

The defendant is present in custody.
The government withdraws Violation No. 5.
The defendant admitted to Violation Nos. 1, 2, 3, and 4.
The Court finds that this is a Grade C Violation, Criminal History Category V.

Supervised release is revoked.

    ADJUDGED: Impr of 16 MONTHS.

    SUPERVISED RELEASE: 20 MONTHS, upon the following conditions:

1.    That the defendant shall abide by the standard conditions of supervision.

2.    That the defendant not commit any crimes, federal, state, or local (mandatory
      condition).

3.    That the defendant not possess illegal controlled substances (mandatory condition).

4.    That the defendant shall cooperate in the collection of DNA as directed by the
      probation officer (mandatory condition).

5.      That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

6.      That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.      That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8       That the defendant serve 6 months community confinement, in a residential reentry center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office.  While serving the term of community confinement, the defendant shall obtain employment and/or enroll in an educational program as approved and directed by the Probation Office

9.      That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Advised of rights to appeal the sentence, etc.

RECOMMENDATION:  That the defendant participate in a drug treatment program.


        Submitted by: Mary Rose Feria, Courtroom Manager