AO 245B   (Rev. 6/05) Judgment in a Criminal Case
          Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00227 HG | Judgment - Page 3 of 5 |
| DEFENDANT: | WAYNE T. UEHARA | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 16 MONTHS.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 14 2007

at 4 o'clock and 55 min PM
SUE BEITIA, CLERK

[✓]   The court makes the following recommendations to the Bureau of Prisons:

      That the defendant participate in a drug treatment program.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

Defendant delivered on __-1 MAY 2007__ to __FEDERAL DETENTION CENTER P.O. BOX 30547 HONOLULU, HI 96820__

at _____, with a certified copy of this judgment.

John T. Rathman
UNITED STATES MARSHAL
WARDEN

By _____ J. Lumui
Deputy U.S. Marshal
Legal Tech